AO 91 (Rev. 02/09) Criminal Complaint

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JAN 25 2016

DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

United States of America
v.
DAVID HARPER

*Defendant*

Case No. 2:16-mj-2002-001

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of ________ in the county of SEBASTIAN in the Western District of Arkansas, the defendant violated Title 18 U. S. C. § 2241(c), an offense described as follows:

On or about January 25, 2016, in the Western District of Arkansas, Fort Smith Division, and elsewhere, the Defendant, DAVID HARPER, knowingly crossed a State line with the intent to engage in a sexual act with a person who had not attained the age of 12 years of age and attempted to do such, all in violation of Title 18, United States Code, Sections 2241(c).

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Tim K Akins

*Complainant's signature*

Special Agent Tim Akins, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1/25/16

Mark E. Ford

*Judge's signature*

City and state: Fort Smith, Arkansas

Hon. Mark E. Ford, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF COMPLAINT**

I, Tim K. Akins, having been duly sworn, do hereby depose and state as follows:

**Introduction**

1. I have been employed as a Special Agent of the FBI for 20 ½ years, and am currently assigned to the Little Rock Field Office, Fort Smith Resident Agency. While employed by the FBI, I have investigated a variety of federal criminal violations including those related to child exploitation, including the sexual abuse of minors, such as violations of 18 U.S.C. §§ 2241(c), Aggravated Sexual Abuse. I am a federal law enforcement officer who is engaged in enforcing the criminal laws and this affidavit is being submitted based on information from my own investigative efforts as well as information obtained from others who have investigated this matter and/or have personal knowledge of the facts herein.

2. Based on the facts set forth in this affidavit, **your affiant believes there is probable cause to support that violations of 18 U.S.C., Section 2241(c), Aggravated Sexual Abuse, were committed by David Harper.** That statute provides, in pertinent part: "Whoever crosses a State line with intent to engage in a sexual act with a person who has not attained the age of 12 years, or attempts to do so, shall be fined under this title and imprisoned for not less than 30 years or for life." Title 18 U.S.C. § 22(c).

**Probable Cause**

3. In August 2015, an undercover detective with the Fort Smith Police Department had an undercover profile on the website "motherless.com," in which she posed as a single mother of two fictitious children, a nine year daughter and an eight year old son. On August 21, 2015, she received a message from an individual, whose user name was "jdholveck," on the "motherless.com" website asking her what she was open to and looking for. The detective

replied that she was looking for "someone to train [her] daughter." Motherless is a user-submitted site found on the "undernet," intended for users interested in discussing such taboo fetishes as incest and bestiality. User accounts on the site are set up like a Facebook page with a user profile. Users may search the site with search terms to locate other users interested in the same fetishes.

4. The individual with the user name "jdholveck" had a profile on the "motherless.com" website that stated: "I'm a pervert (I love the whole incest scene as well as the [transsexual] scene. Find me a mother and [transsexual] daughter that want to play together and I'd be in heaven). I'm poly (who says that love has to be confined to just two people)." The individual with the user name "jdholveck" told the detective that his name was JD Holveck when they continued to chat. He stated that he lived in Henderson, Nevada, which is near Las Vegas, Nevada. He stated that he was originally from Lawton, Oklahoma.

5. On September 16, 2015, "Holveck" and the detective were chatting when "Holveck" stated "Figured you might have found Mr right already and forgot about me." The detective replied, "no . . . ur still in the running . . . you are the perfect age for training my [daughter]." "Holveck" asked, "Question is what [am] I training her to be? Mine? Ours? Family? Or something else?" The detective replied, "Family sounds good doesn't it?? I would love for her to start off being yours UNTIL she has a good grasp of pleasing." "Holveck" stated "Family works great . . . Sounds like a great plan . . . Home school everyone and keep everyone wet or hard and naked." "Holveck" further stated that he wanted to "[g]et everyone into all kinds of sexual adventures. Teach that sex isn't evil, but fun and to be shared. Especially with family. . . I will dream of you sitting on my cock, [your daughter] sitting on my face and [your son] enjoying your mouth." While chatting with the detective on September 16, 2015, "Holveck"

also sent her a picture of himself, which depicts a heavy-set, middle-aged white man who is bald and has a beard.

6. On September 17, 2015, he sent the detective a message that stated, "Sweet dreams and give the kids (especially [your daughter]) a big wet kiss for me." On October 7, 2015, "Holveck" sent a message stating, "should have funds to see you in the next couple of months." On October 18, 2015, he sent a message to the detective stating, "Watching football right now. Would love to be watching you and your son going at it while I tease your daughter. Then you can watch. Maybe even we can watch the kids. Then all 4 of us going at it."

7. On November 4, 2015, "Holveck" asked the detective during a chat: "You want me to make love to your daughter right?" The detective responded, "oh yes!! That's what I want more than anything." "Holveck" replied, "Do you [want] me to use protection? Or do you want to have her pregnant by me? (that's the question that has been trying to come out)."

8. On November 9, 2015, he told the detective that he was turning 49 years old the following day, which provided his date of birth as November 10, 1966. On November 26, 2015, he sent a messaging stating, "thought I'd reach out and say happy turkey day to you and your family. I should be getting some money in the next couple of weeks, so I should be able to come visit shortly. If you are still wanting me to visit that is."

9. On December 8, 2015, "Holveck" reached out to the detective again and sent her a message stating, "Hello again . . . I think I have given you my phone number before, but if you'd like I can give it to you again. I like you a lot. I think we can have something great together in time. I know that I'm far away and I'm the one holding things up, and I apologize for that, but things are just bad on this end and I'm trying to get from under many things. Once the money comes in, then I'm planning on a few trips out to see you and the kids and see if

everything melds together. I'd love to find my 'forever' home. It's not here. Maybe it's there. . . I'm sure that between the three of you, I'd always be smiling (and we'd probably always be naked)." The detective began chatting with "Holveck" and he asked her, "So tell me, in your area, is about $1500 a month a livable income?" He further stated, "I'd love to wake up with the 3 of you naked in bed next to me." He then asked her, "Are you attached to where you are living in OK? . . . I have a friend in Canada who owns a house in Florida (she's a snow bird). . . . The house is sitting empty and she's agreed that if I want it, I could live in it. . . Before I was talking to you, I was making plans to go there. If we click, maybe we can take advantage of a virtually free house. . . I have money coming in from the website, we could just home school the kids, play it on the cheap a bit and the 4 of us could adventure lots." "Holveck" then stated," Since I first started talking to you, there have been several fantasies (sexual and not so sexual) about living a family love lifestyle."

10. During their chat on December 8, 2015, "Holveck" asked the detective, "So would you like to be double teamed between your son and I at some point? We can improvise. Get you and or [your daughter] a strap on rig and see what we can do with everything." He also stated, "Teach the kids how to have really kinky style of fun."

11. "Holveck" sent the detective a message on December 8th asking her, "What's the nearest airport from you?" She replied, "there is one in Fort Smith, AR... only about 15 minutes away." "Holveck" then told her, "Okay not too bad. American seems to fly from Vegas to Fort Smith regularly with a stop in DFW." The detective asked him, "were you checking on it??" He replied, "Yep. Was just dreaming of the conversation we'd be having if I was on the phone headed to you right now."

12. On December 13, 2015, "Holveck" reached out to the detective and sent her message stating, "Looks like my distribution won't be until after Christmas, so lets set time in early to mid-January for me to come out and visit for a couple of 3 days. You good with that?"

13. On January 8, 2016, "Holveck" sent a message to the detective stating, "Been waiting to hear from you to see what dates are best for you to meet . . . I figured we'd start with a few days, make sure we all get along and then come back again later. But I figured I'd come maybe on the 18th and spend a few days." He stated, "Figured the first meeting was to make sure you approved of me . . . .Also to make sure you weren't going to surprise me with a pair of handcuffs and this is just a sting operation to get me in jail" He also asked her if she would pick him up from the Fort Smith airport. The detective stated that she would pick him up from the airport and "we could go pick the kids up from school together and surprise them!!!!" "Holveck" replied "Well if I fly in early enough, I'd like to spend a few hours with you alone. Then get the kids :) ." He later stated, "Let's see I can get to Fort Smith around 1pm on the 18th… that work?" The detective replied, "That would be perfect… that would give us a couple of hours and then off to get the kiddos." "Holveck" later stated, "figured [your daughter] will have to feel me out a bit. Don't know what you've shared or told her about me. So figured we'd get to know each other and figure out what is comfy for her. And for everyone. But yes, figured we could all snuggle on the couch or in bed, pop in some porn and see what happen. . . What's [your daughter]'s favorite?"

14. While they were chatting on January 11, 2016, "Holveck" told Detective Kathy Wall, "You do know that 80% of the reason I'm coming is for you. [Your daughter] is just going to be gravy." The detective later sent a message stating, "We need to start planning our first night together… what'cha think??" "Holveck" asked, "First night?? Well that depends. How

big is your bed?" The detective replied that "we may need to rent a hotel room one night with a HUGE graden tub… all of us bathing/rubbing and touching." "Holveck" replied, "Maybe the second night we do that. First night figure we'll hang out, watch some movies and get to know each other." The detective replied, "we'll throw some porn in there to make it interesting." "Holveck" replied, "Pizza and porn… sounds good… plus you and I will have a couple of hours to get to know each other before the kids join us."

15. When law enforcement attempted to confirm "Holveck"'s identity, it was discovered that an individual with this name did not exist with the date of birth November 10, 1966. Law enforcement did, however, locate an individual with the same date of birth as living in Henderson, Nevada and whose name was David Harper. A driver's license picture was provided to Detective Kathy Wall for David Harper and she positively identified that picture as depicting the same person appearing in the pictures sent to her by "jdholveck" on the "motherless.com" website.

16. An online search for the name "JD Holveck" also yields a website, www.jdholveck.com. This website is stated to be the personal page of an individual using the alias of "JD Holveck," but whose actual name is David Harper. The website states, "I guess I should tell you who I am first. My real name is David Harper. I go under the monikor JD Holveck for a couple of reasons. The first being my acting . . ." The website contains multiple pictures of the individual David Harper. Detective Kathy Wall confirmed that the pictures of David Harper depict the same person who appears in the pictures sent to her by "jdholveck" on the "motherless.com" website. The www.jdholveck website also provides that he "was born around 2am on November 10, 1966 in Lawton, Oklahoma."

17. On January 12, 2016, law enforcement received confirmation from American Airlines that an individual named David Harper with the date of birth of November 19, 1966 had purchased a plane ticket and was scheduled to travel on Flight Number 5623 from Dallas, Texas to Fort Smith, Arkansas, arriving at 12:53 P.M. on Monday, January 18, 2016.

18. On Friday, January 15, 2016, Harper sent the detective a text message stating that he was ill with the flu and unable to travel. He stated that he had changed his ticket to Monday, January 25, 2016. Law enforcement confirmed that Harper did pay a fee to change his plane ticket to travel on January 25, 2016.

18. On January 25, 2016, David Harper boarded American Airlines Flight 672 from Las Vegas, Nevada to Dallas, Texas and traveled to the Dallas/Fort Worth Airport. From there, he traveled on American Airlines Flight 5623 to Fort Smith, Arkansas, on that same day. He was apprehended at the Fort Smith Regional Airport located in Fort Smith, Arkansas, which is in the Western District of Arkansas.

Based on the facts above, I respectfully request that a warrant of arrest be issued for DAVID HARPER for violation of Title **18 U.S.C., § 2241(c), Aggravated Sexual Abuse.**

Special Agent Tim K. Akins
Federal Bureau of Investigation

Sworn and subscribed before me this 25 day of January, 2016

Hon. Mark E. Ford
U.S. Magistrate Judge